ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA       :

          - v -                             :        AFFIRMATION

ROCCO ROMEO,                              19 Mag. 1009

                                            :
              Defendant.
------------------------------------------------------x

STATE OF NEW YORK              )
COUNTY OF ORANGE             : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        Mathew S. Andrews, under penalty of perjury, hereby affirms as follows:

        1.     I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a third order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

        2.     ROCCO ROMEO, the defendant, was charged with a violations of 18 U.S.C. §§ 1343, 1349, and 1956 in a complaint dated January 31, 2019, and was arrested on February 6, 2019. The defendant was presented before Magistrate Judge Judith C. McCarthy on February 6, 2019, and the defendant was released on, among other conditions, a $100,000 unsecured bond to be cosigned by a financial responsible person; travel restricted to the Southern and Eastern Districts of New York; submission to supervision to the Pretrial Services Department, and surrender of any passport.

        3.     Jason Ser, attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case

without trial, and those discussions are ongoing.   The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

4.      On April 29, 2019, Mr. Ser, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances

5.      For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.      Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on April 30, 2019.

_____
Mathew S. Andrews
Assistant United States Attorney